UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPTUNE WELLNESS SOLUTIONS, INC., and SUGARLEAF LABS, INC.,

                Petitioners,

– against –

PMGSL HOLDINGS, LLC, and PETER M. GALLOWAY,

                Respondents.

**ORDER**

24-cv-00117 (ER)

Ramos, D.J.:

    This case involving a petition to vacate an arbitration award was removed from New York state court on January 5, 2024. Doc. 1. A premotion conference on Petitioners' proposed motion to remand to state court is scheduled for February 22, 2024.

    Respondents filed their opposition to the petition on January 31, 2024. Doc. 14. Petitioners shall file any reply by February 8, 2024.

    SO ORDERED.

Dated:  February 1, 2024
          New York, New York

                                                  Edgardo Ramos, U.S.D.J.