UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPTUNE WELLNESS SOLUTIONS, INC., and SUGARLEAF LABS, INC.,

          Petitioners,

– against –

PMGSL HOLDINGS, LLC, and PETER M. GALLOWAY,

          Respondents.

**ORDER**

24-cv-00117 (ER)

RAMOS, D.J.:

    This case was removed from New York state court on January 5, 2024. Doc. 1. On February 22, 2024, counsel for Petitioners was granted leave to withdraw. The Court directed counsel to notify Petitioners that they could not appear *pro se* and needed to obtain new counsel by March 21, 2024. Min. Entry 2/22/24; *see also* Doc. 29. Petitioners have failed to do so.

    Accordingly, Petitioners are again directed to obtain new counsel. If Petitioners fail to do so by April 12, 2024, the case will be dismissed. *See, e.g.*, *Max Impact, LLC v. Sherwood Grp., Inc.*, No. 09 Civ. 0902 (JGK), 2013 WL 4451301, at *1 (S.D.N.Y. Aug. 19, 2013) (dismissing claims for failure to prosecute where corporation failed to retain counsel).

    The Clerk of Court is respectfully directed to update the docket to include the following addresses and to mail a copy of this order to Petitioners at those addresses:

    Neptune Wellness Solutions, Inc.
    1044 N. US Highway 1 - Suite 101
    Jupiter, FL 33477

    Sugarleaf Labs, Inc.
    408 S. McLin Creek Road
    Conover, NC 28613

SO ORDERED.

Dated: March 22, 2024
       New York, New York

_____
Edgardo Ramos, U.S.D.J.