UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPTUNE WELLNESS SOLUTIONS, INC., and SUGARLEAF LABS, INC.,

              Petitioners,

– against –

PMGSL HOLDINGS, LLC, and PETER M. GALLOWAY,

              Respondents.

**ORDER**

24-cv-00117 (ER)

RAMOS, D.J.:

    There are two motions pending in this case. Now that Petitioners have retained new counsel, the Court sets the following briefing schedules:

    Petitioners shall file any reply to Respondents' opposition to the petition (Doc. 14) by May 20, 2024.

    Petitioners shall respond to Respondents' motion to confirm arbitration (Doc. 30) by May 28, 2024. Respondents shall reply by June 4, 2024.

    The Court also notes that Petitioners' previous counsel requested a premotion conference to move to remand this case to state court. Doc. 11. If Petitioners wish to file that motion, they shall do so by May 6, 2024. Respondents shall respond by May 28, 2024, and Petitioners shall reply by June 4, 2024.

    SO ORDERED.

Dated:   April 15, 2024
           New York, New York

                                                                 Edgardo Ramos, U.S.D.J.