UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

NEPTUNE WELLNESS SOLUTIONS, INC. AND SUGARLEAF LABS, INC.,

Petitioners,

v.

PETER M. GALLOWAY AND PMGSL HOLDINGS, LLC.

Respondents.

1:24-cv-00117-ER

**AMENDED ORDER AND JUDGMENT**

Petitioners Neptune Wellness Solutions, Inc. and Sugarleaf Labs, Inc. have voluntarily dismissed all claims in this action in a Joint Stipulation and Motion to Confirm Arbitration Award. Respondents Peter M. Galloway and PMGSL Holdings, LLC have joined Petitioners in the aforesaid motion.

Upon consideration of that motion, it is hereby:

ORDERED that the final arbitration award dated August 23, 2023 in the matter entitled ICDR Case Nos. 01-20-0015-1057 and 01-20-0015-1093, *Neptune Wellness Solutions, Inc. v. PMGSL Holdings LLC and Peter M. Galloway v. Neptune Wellness Solutions, Inc. and Sugarleaf Labs, Inc.* ("Final Award"), is hereby CONFIRMED under the Federal Arbitration Act, 9 U.S.C. §§ 207.

It is FURTHER ORDERED that judgment is hereby entered in favor of Respondents Peter M. Galloway and PMGSL Holdings, LLC and against Petitioners Neptune Wellness Solutions, Inc. and Sugarleaf Labs, Inc. in the following amounts:

1. $3,990,473.61, as specified in the Final Award, plus prejudgment interest (from August 23, 2023, to June 25, 2024) in the amount of $352,418.95 pursuant to the 10.5 percent per annum rate set forth in the Final Award;

2. Post-judgment interest on the entire amount at the 10.5 percent per annum rate set forth in the Final Award until paid in full;

SO ORDERED

Dated:     June 28, 2024
           New York, New York

_____
The Honorable Edgardo Ramos
United States District Judge